■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN SIMMONS, Appellant. [3 NYS3d 624]—Appeal by the defendant from an order of the County Court, Nassau County (O'Brien, J.), dated March 20, 2012, which, after a hearing, designated him a level three sex offender and a sexually violent felony offender pursuant to Correction Law article 6-C. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the order is affirmed, without costs or disbursements.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Sgroi, Maltese and Duffy, JJ., concur.